**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Margaret Marie Smith,<br><br>    Plaintiff,<br><br>vs.<br><br>State of Arizona; Arizona State Board of Education; Maricopa County Community College District; Paradise Valley Community College; The Higher Learning Commission; Kelly Burton and John Doe Burton, husband and wife; Dr. Paul Dale and Jane Doe Dale, husband and wife; Dr. Denise Digianfilippo and Joe Doe Digianfilippo, husband and wife; Dr. Mary Lou Mosley and John Doe Mosley, husband and wife,<br><br>    Defendants. | No. CV 11-1437-PHX-JAT<br><br>**ORDER** |

    On September 16, 2011, Counsel for Defendants Kelly Ann Fitzsimmons Burton and John Doe Burton (a/k/a David Perry Burton), filed a notice that these Defendants have filed a petition for bankruptcy (Doc. 36). An automatic stay is in place for these Defendants. However, there is no stay of this case as a whole or and no stay as to any of the other Defendants. Specifically, a bankruptcy court may extend the automatic stay to a proceeding against co-defendants of the Debtor when "the claims against them and the claims against the debtor are so inextricably interwoven, presenting common questions of law and fact, which can be resolved in one proceeding." *In re Ionosphere Clubs, Inc.*, 111 B.R. 423, 434

(Bankr.S.D.N.Y. 1990) (internal quotations omitted). The party seeking to extend the stay must "affirmatively seek an order from the *bankruptcy court*, which has authority to extend the protections of 362(a) pursuant to its equity powers under section 105." *C.H. Robinson Company v. Paris & Sons, Inc.*, 180 F.Supp.2d 1002, 1018 (N.D. Iowa 2001) (emphasis added).

Here, until a co-Defendant(s) files notice with this Court that they are seeking, or have been granted, a stay by the bankruptcy court, no stay will be in place as to any co-Defendant. Additionally, Plaintiff shall keep this Court informed of the status of the Burtons' bankruptcy, whether Plaintiff is pursuing her claims in the bankruptcy, and whether, as a result of the bankruptcy, this civil action against the Burtons can be dismissed. Therefore,

**IT IS ORDERED** that Plaintiff shall file a status report regarding her claims against the Burtons on December 1, 2011, and shall file a further status report on the first of the month every four months thereafter (with the next report being due April 1, 2012) until either this case against the Burtons can be dismissed or the stay can be lifted.

DATED this 11th day of October, 2011.

James A. Teilborg
United States District Judge